IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Guillermo Rangel Duenas<br><br>Defendant | No. 25-01997MJ<br><br>and<br><br>No. CR-13-00811-PHX-SMB<br><br>**ORDER** |

Upon motion of the Federal Public Defender, and good cause appearing therefor,

IT IS HEREBY ORDERED withdrawing Jared H. Eggers and the Federal Public Defender's Office, District of Arizona, as counsel of record in the above-entitled action.

IT IS FURTHER ORDERED appointing _____, as counsel of record for defendant Guillermo Rangel Duenas effective immediately.

IT IS FURTHER ORDERED defendant be transferred to Phoenix for all further proceedings.

The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from _____ to _____.